IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HAROLD PLESS, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SHERIFF BRAD RILEY, )<br>)<br>Respondent. ) | 1:12CV271 |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 6, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is filed, but dismissed *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition. Petitioner is warned against continuing to raise the same improper pretrial evidentiary and procedural claims or claims which are not exhausted.

This the 31st day of May, 2012.

UNITED STATES DISTRICT JUDGE